IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE V. KNIGHT,<br><br>    Plaintiff,<br><br>  v.<br><br> M. S. EVANS, et al.,<br><br>    Defendants.                                  / | No. C 06-0887 SBA (PR)<br><br>**ORDER DIRECTING UNITED STATES<br>MARSHAL TO PERSONALLY SERVE<br>DEFENDANT A. HEDGPETH<br>PURSUANT TO FRCP 4(e)(2)** |

This Order concerns the matter of service upon Defendant A. Hedgpeth, identified by Plaintiff as a former associate warden at Salinas Valley State Prison. The Court notes that Defendant Hedgpeth is now the warden at Kern Valley State Prison (KVSP).

Good cause appearing therefor, the United States Marshal is hereby ORDERED to attempt to effect personal service upon Defendant Hedgpeth. The United States Marshal shall serve Defendant Hedgpeth "personally" or serve an agent of Defendant Hedgpeth "authorized by appointment or by law to receive service of process." Fed. R. Civ. P. 4(e)(2).

The Clerk shall provide the United States Marshal with the necessary summons and copies of: (1) the complaint (docket no. 1) and the amended complaint (docket no. 8) as well as copies of all attachments thereto; and (2) a copy of this Order. The United States Marshal shall attempt personal service at that address within **fourteen (14) days**. The Clerk shall include on the summons form, USM 285, the following special instructions:

> Pursuant to Rule 4(e)(2), the United States Marshal shall serve Warden A. Hedgpeth "personally" or serve an agent of Warden A. Hedgpeth "authorized by appointment or by law to receive service of process." Fed. R. Civ. P. 4(e)(2). The address for such service shall be at KVSP.

IT IS SO ORDERED.

DATED: 12/10/08

_Saundra B Armstrong_
SAUNDRA BROWN ARMSTRONG
United States District Judge

P:\PRO-SE\SBA\CR.06\Knight0887.serveHedgpeth.wpd

1  UNITED STATES DISTRICT COURT
2  FOR THE
3  NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE KNIGHT, | Case Number: CV06-00887 SBA |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| M S EVANS, WARDEN et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 12, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Clarence V. Knight C07508
California State Prison - Soledad
P.O. Box 1050
Soledad, CA 93960-1050

Dated: December 12, 2008

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\CR.06\Knight0887.serveHedgpeth.wpd