IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **CLARENCE V. KNIGHT,**<br><br>  Plaintiff,<br><br>v.<br><br>**M. S. EVANS, et al.,**<br><br>  Defendants. | C 06-0887 SBA (PR)<br><br>**[PROPOSED] ORDER DIRECTING C.D.C.R. TO TRANSFER PLAINTIFF FROM SALINAS VALLEY STATE PRISON TO C.S.P.-SOLANO FOR SETTLEMENT PURPOSES** |

   On January 22, 2009, this case was referred to Magistrate Judge Vadas for a settlement conference. The parties have agreed to hold a settlement conference at 11:00 a.m. on March 12, 2009 at California State Prison–Solano in Vacaville, California. To facilitate a meaningful settlement conference, it is necessary to have Plaintiff Clarence V. Knight (CDCR # C-07508) appear in person. Plaintiff, however, is currently incarcerated at Salinas Valley State Prison, in Soledad, California.

   Accordingly, the California Department of Corrections and Rehabilitation is ORDERED to transfer Plaintiff from Salinas Valley State Prison to California State Prison–Solano so that he

//

//

[Proposed] Order Direct'g CDCR Trans. Pl.   *Knight v. Evans, et al.*
C 06-0887 SBA (PR)

1

1 | may appear in person at the scheduled settlement conference on March 12, 2008.

Dated: February 23, 2009

_____
NANDOR VADAS
United States Magistrate Judge

[Proposed] Order Direct'g CDCR Trans. Pl.　　　　　　　　　　　　　　　　*Knight v. Evans, et al.*
C 06-0887 SBA (PR)

2