IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE KNIGHT,<br><br>    Plaintiff,<br><br>    v<br><br>M.S. EVANS,<br><br>    Defendants. | Case No C 06-887 SBA<br><br>REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING |

    A settlement conference in this matter was held on <u>March 12, 2009</u>. The results of that proceeding are indicated below:

(1)    The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

    ☒ Plaintiff

    ☐ Warden or warden's representative

    ☒ Office of the California Attorney General, Erin Sullivan

    ☐ Other: California Department of Corrections and Rehabilitation

(2)  The following individuals, parties, and/or representatives did not appear:

(3)  The outcome of the proceeding was:

☐ The case has been completely settled.

☐ The case has been partially resolved and, on or before _____, counsel for defendants shall file a joint stipulation specifying those claims which have been resolved and those that remain to be resolved by the Court.

☐ The parties agree to an additional follow up settlement on _____.

☒ The parties are unable to reach an agreement at this time.

Date:  3/25/09

_____
Nandor J Vadas
United States Magistrate Judge

United States District Court
For the Northern District of California

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KNIGHT | No. C 06-887 SBA |
| v. | CERTIFICATE OF SERVICE |
| EVANS | |
| _____/ | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 3/25/09, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**Clarence V. Knight**
C07508
California State Prison - Soledad
P.O. Box 1050
Soledad, CA 93960-1050


RICHARD W. WIEKING, CLERK


By:/s/_____
Deputy Clerk

3